UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL WITKIN,

        Plaintiff,

  v.

COUNTY of SACRAMENTO, the
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, SHERIFF LOU
BLANAS, the CITY of ELK GROVE
and SACRAMENTO COUNTY
SHERIFF'S DEPUTY ROBERT BARNES
in his official capacity and
DOES 1 through 25, inclusive,

        Defendants.

2:05-cv-1662-MCE-DAD

MEMORANDUM AND ORDER

----oo0oo----

Through the present action, Plaintiff Michael Witkin alleges Defendants County of Sacramento, Sacramento County Sheriff's Department, Sheriff Lou Blanas, City of Elk Grove, and Deputy Sheriff Robert Barnes ("Defendants") violated his civil rights under 42 U.S.C. § 1983 as well as under California law.[1]

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. (continued...)

1

1  On December 23, 2005, Defendants filed a Motion to Dismiss
2  Plaintiff's Complaint.  The Court granted that Motion in part and
3  permitted Plaintiff leave to file a Second Amended Complaint.
4  Despite the Court granting Plaintiff permission, he elected not
5  to timely file any amendment and, on June 30, 2006, Defendants
6  answered Plaintiff's surviving claims.  On February 28, 2006,
7  this Court issued a Pretrial (Status) Scheduling Order ("PTSO").
8  Therein, the Court directed the Parties to complete discovery not
9  later than April 9, 2007.  As of December 1, 2006, Plaintiff has
10 failed to serve his Rule 26 disclosure on Defendants.  Through
11 the present Motion, Defendants seek an order amending the PTSO to
12 extend discovery in light of Plaintiff's failure to serve his
13 required disclosures.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///

---

[1](...continued)
Local Rule 78-230(h).

2

1    The Court hereby denies Defendant's Motion to Amend the
2 PTSO.  Rather, Counsel for Plaintiff is ORDERED to SHOW CAUSE why
3 this matter should not be dismissed with prejudice for failure to
4 prosecute.[2]  Plaintiff is to submit a brief establishing cause
5 for his failure to serve his Rule 26 disclosure to this Court not
6 longer than ten (10) pages in length and not later than ten (10)
7 days from the date of this Order.
8    IT IS SO ORDERED.
9 DATED: December 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[2] Although Federal Rule of Civil Procedure 41(b) authorizes dismissal on a motion by the defendants, the United States Supreme Court in Link v. Wabash R.R. Co., held that "the authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power.'" 370 U.S. 626, 631 (1962).